# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 26 2003

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**HILLIUS J. FLINT**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: <u>1:02CR00470-001</u><br><br><u>Michael Weight, AFPD</u><br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) <u>Standard Condition No. 3 and Standard Condition No. 6</u> of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  <u>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</u>

Defendant's Date of Birth:  <u>1/8/66</u>

Defendant's USM No.:  <u>89129-022</u>

Defendant's Residence Address:
2173-D Bennett Street
Wahiawa, Hawaii 96786

Defendant's Mailing Address:
2173-D Bennett Street
Wahiawa, Hawaii 96786

SEPTEMBER 23, 2003
Date of Imposition of Sentence

_/s/_
Signature of Judicial Officer

**BARRY M. KURREN**, United States Magistrate Judge
Name & Title of Judicial Officer

9-25-03
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:02CR00470-001  Judgment - Page 2 of 3
DEFENDANT: HILLIUS J. FLINT

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject failed to follow instructions of the Probation Officer | 1/10/03, 2/13/03 and 2/19/03 |
| 2 | Subject refused to notify the Probation Officer at least 10 days prior to any change in residence | |

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:02CR00470-001 | Judgment - Page 3 of 3 |
| DEFENDANT: HILLIUS J. FLINT | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>NINETY (90) DAYS</u>.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
Facility in the State of Georgia. If the Bureau of Prisons does not follow the recommendation, the United States Marshal is to provide the defendant transportation back of Georgia at the conclusion of imprisonment.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
     Deputy U.S. Marshal